MERLE J. PRATT *v.* HAZEL M. MAGNUSON *& a.*

*Frederick J. Gaffney,* for the plaintiff, furnished no brief.

*Osgood & Osgood* and *O. Neil Tolman,* for the defendants, furnished no brief.

*Per Curiam.* The defendants were entitled to the order granting the motion as matter of law. *Farnum* v. *Company,* 69 N. H. 231.

*Exception overruled.*